UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CUELLAR,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-cv-1813 AC<br><br>ORDER |

Plaintiff is proceeding in this Social Security action in pro se. On July 9, 2026 the administrative record in this case was filed. ECF No. 9. Pursuant to the Local Rules of this court and the scheduling order located at ECF No. 4 at 2, plaintiff's opening motion for summary judgment was due 30 days after the record was filed, in this case on August 10, 2026. That date has passed and the motion was not filed. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: August 31, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE