UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CUELLAR,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-cv-1813 AC PS<br><br>ORDER |

Plaintiff is proceeding in this Social Security action in pro se. On July 9, 2026 the administrative record in this case was filed. ECF No. 9. The parties consented to the undersigned's jurisdiction for all purposes. ECF No. 8. Pursuant to the Local Rules of this court and the operative scheduling order (ECF No. 4 at 2), plaintiff's opening motion for summary judgment was due 30 days after the administrative record was filed, in this case on August 10, 2026. That date passed and the motion was not filed. The court issued an order for plaintiff to show cause, within 14 days, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Plaintiff did not respond to the order and has not taken any action in this case since shortly after filing.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal. Therefore, IT IS HEREBY ORDERED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110. The Clerk of Court is directed to close the case.

DATED: September 17, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE